# United States Court of Appeals
## For the First Circuit

No. 20-9006

IN RE: JOSÉ ANTONIO LÓPEZ CANCEL; CARMEN NEREIDA MEDINA
GONZÁLEZ,

Debtors.

WILFREDO SEGARRA MIRANDA, Chapter 7 Trustee for José Antonio
López Cancel and Carmen Nereida Medina González,

Plaintiff, Appellant,

v.

BANCO POPULAR DE PUERTO RICO,

Defendant, Appellee,

JOSÉ ANTONIO LÓPEZ CANCEL; CARMEN NEREIDA MEDINA GONZÁLEZ,

Intervenors, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on August 6, 2021, is
amended as follows:

On page 12, line 21, please replace "Id." with "id."